# **Exhibit A**

## *Copyright Registration*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-622-916**

Effective date of registration:

February 27, 2012

---

## Title
**Title of Work:** The Employer

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Hyrax Entertainment LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Hyrax Entertainment
6949 Laurel Canyon Blvd #224, North Hollywood, CA, 91605, United States

## Certification
- **Name:** Frank Merle
- **Date:** February 19, 2012

Page 1 of 1