IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VISION FILMS, INC.,**

    **Plaintiff,**
  vs.                                    Case No. 2:13-cv-855
                                                  Judge Graham
                                                  Magistrate Judge King

**JOHN DOES 1-38,**

    **Defendants.**

REPORT AND RECOMMENDATION

    On December 31, this Court granted plaintiff's motion for extension of time until April 30, 2014, in which to demonstrate effective service of process. *Order*, Doc. No. 6. The Court specifically warned that there would be no extension of this date and that the claims against any defendant not served with process by this date would be dismissed. *Id*.

    To date, the record does not reflect that service of process has been completed. Accordingly, it is **RECOMMENDED** that the claims asserted in this case be dismissed for failure to timely effect service of process. *See* Fed. R. Civ. P. 4(m).

    If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy

1

thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* See *Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


May 1, 2014                                     *s/Norah McCann King*
                                          Norah M<sup>c</sup>Cann King
                                       United States Magistrate Judge